IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>COREY DAMON KEYS,<br><br>    Defendant. | **No. 3:13-cr-00024-SHL-SBJ-3**<br><br>**ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

Defendant Corey Damon Keys was sentenced to a 151-month term of imprisonment and five years of supervised release following his conviction for the crime of conspiracy to distribute a mixture and substance containing cocaine. (ECF 208.) Keys began serving his term of supervised release on July 16, 2024. (ECF 235.) Keys now moves for early termination of his supervised release. (ECF 232.) The Government resists. (ECF 234.)

Pursuant to 18 U.S.C. § 3583(e)(1), the Court may terminate and discharge Keys from supervised release "at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." In deciding whether to grant early termination of supervised release, the Court must consider the factors set forth in 18 U.S.C. §§ 3553(a)(1), (a)(2)(B), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7). According to the United States Probation Office ("USPO"), Keys has had no violations of supervised release and has performed well, including, *inter alia*, maintaining employment, maintaining sobriety, and reporting as directed. Keys has responded positively to the supervision process and has maintained frequent contact with his probation officer. However, because of Keys's criminal history, the USPO does not support early termination at this time and instead believes he could benefit from the continued support and resources. (ECF 235.)

After considering all relevant factors in 18 U.S.C. § 3553(a) and carefully reviewing the record, the Court agrees with the USPO and Government that it is too early to terminate Keys's supervised release, notwithstanding his impressive performance thus far. His criminal history, although dated, is serious enough that the Court would like to see Keys finish at least half of his sixty-month term of supervised release before early termination might become appropriate. The Court therefore DENIES Keys's Motion for Early Termination of Supervised Release. (ECF 232.)

1

All the same, the Court encourages Keys to continue his positive work and renew his motion in early 2027 (assuming he has no violations between now and then).

**IT IS SO ORDERED.**

Dated this 18th day of May, 2026.

_____

Stephen H. Locher
UNITED STATES DISTRICT JUDGE